CALVERT'S EXPRESS AUTO
SERVICE AND TIRE,
LLC, Respondent,

v.

LATE MODEL AUTO PARTS,
INC., Appellant.

WD 77428

Missouri Court of Appeals,
Western District.

ORDER FILED: May 12, 2015

Nicholas J. Porto, Kansas City, MO, Attorney for Respondent,

David B. Mandelbaum, Leawood, KS, Attorney for Appellant.

Before Division One: James Edward Welsh, Presiding Judge, and Thomas H. Newton and Karen King Mitchell, Judges

### Order

Per Curiam:

Appellant, Late Model Auto Parts, Inc., appeals the trial court's judgment assessing damages in favor of Respondent, Calvert's Express Auto Service and Tire, for breach of contract for the failure to provide a functioning motor vehicle engine. Finding no error, we affirm. Rule 84.16(b).

Cory G. GABELMAN, Appellant,

v.

STATE of Missouri, Respondent.

WD 77691

Missouri Court of Appeals,
Western District.

ORDER FILED: May 12, 2015

Shaun Mackelprang, Jefferson City, MO, Counsel for Appellant

Rosalynn Koch, Columbia, MO, Counsel for Respondent

Before Division Three: Mark D. Pfeiffer, P.J., Gary D. Witt, Anthony Rex Gabbert, JJ.

### ORDER

Per Curiam:

Corey G. Gabelman appeals from a judgment denying his Rule 24.035 motion for post-conviction relief after he pled guilty to possession of a controlled substance. We affirm. Rule 84.16(b).